AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

James Richard White, #258862,

        Plaintiff,

vs.

Jon Ozmint, Director of South Carolina Department of Corrections; Kenneth McKellar, Warden; and Derwin Neasman, Major,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:06-518-GRA-RSC

**Decision on the Record.** This action came before the court on the record, Honorable G. Ross Anderson, Jr., U.S. District Judge, presiding. The issues have been reviewed and a decision rendered. The Court having adopted the Report and Recommendations of Magistrate Judge Robert S. Carr,

    **IT IS ORDERED AND ADJUDGED** that this Complaint is dismissed with prejudice for lack of prosecution and Plaintiff take nothing on his Complaint filed pursuant to Title 42: U.S.C. 1983.

                LARRY W. PROPES, Clerk

                By *(signature)*
                          Deputy Clerk

November 22, 2006